# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHEENA YARBROUGH,**      )<br>                                                      )<br>     **Plaintiff,**                           )<br>                                                      )<br>**vs.**                                             )<br>                                                      )<br>**DECATUR HOUSING**            )<br>**AUTHORITY,**                          )<br>                                                      )<br>     **Defendant.**                        ) | Civil Action Number<br>   **5:15-cv-02325-AKK** |

## ORDER

Based on the underlying conduct in the indictments, the Hearing Officer's evaluation of the plaintiff's demeanor and credibility, and the reasons outlined in open court, the court finds that the plaintiff has failed to establish a substantial likelihood of success on the merits. Accordingly, the motion for a preliminary injunction, doc. 15, is **DENIED**.

**DONE** the 6th day of April, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE