FILED
2016 Aug-01 PM 12:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **SHEENA YARBROUGH,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| **vs.** | ) | Civil Action Number |
| | ) | **5:15-cv-2325-AKK** |
| | ) | |
| **DECATUR HOUSING AUTHORITY,** | ) | |
| | ) | |
| Defendant. | ) | |

## **BRIEFING SCHEDULE**

The court has before it the Motion for Summary Judgment filed by the Defendant (Doc. 30). The parties are reminded of the briefing schedule outlined in Appendix II of the Scheduling Order.

Done this the 1st day of August, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE